**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE D. MCNEELY, | No. 1:25-cv-01220-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| TIGGS-BROWN, *et al.*, | |
| Defendants. | Doc. 14 |

Joe D. McNeely asserts he suffered violations of his civil rights while housed at California Substance Abuse Treatment Facility and seeks to hold the defendants liable pursuant to 42 U.S.C. § 1983. *See generally* Doc. 1. The magistrate judge screened McNeely's complaint and found that it failed to comply with Federal Rule of Civil Procedure 8 and failed to state a cognizable claim. Doc. 12. The magistrate judge granted McNeely leave to file a first amended complaint within 30 days and warned him that failure to comply with the Court's order would result in a recommendation for dismissal. *Id.* McNeely failed to file an amended complaint or otherwise communicate with the Court.

On May 5, 2026, the magistrate judge issued findings and recommendations, incorporating the findings of the Screening Order and recommending dismissal for failure to state a cognizable claim. Doc. 14 at 2-11. The magistrate judge also found McNeely failed to prosecute the action and failed to comply with the Court's order and recommended terminating

1

sanctions. *Id.* at 11-12. The Court served these findings and recommendations on McNeely with a notice that any objections were to be filed within 14 days. Doc. 14 at 12-13. McNeely did not file objections and the time in which to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1.    The findings and recommendations issued on May 5, 2026 (Doc. 14) are ADOPTED in full.

2.    This action is DISMISSED with prejudice.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    June 4, 2026

_____
UNITED STATES DISTRICT JUDGE

2